## KEY POLICY INFORMATION

### POLICY INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 41176078 | Insured: | PORTIA H TURNER | | |
| Policy Date: | 05/18/1983 | Plan: | WHOLE LIFE INSURANCE | | |
| Policy Status: | PREM PAY | Face Amount: | 15,000.00 | | AD083 |
| Paid to Date: | 08/18/2012 | Policy Rating: | CLASS A | Tax Qualified: | NO |
| Premium Mode: | CHECK-O-MATIC | Issue Age: | 54 | Prepared On: | 08/13/2012 |
| Premium Amount: | 47.85 | Issue Date: | 06/09/1983 | | |

### CLIENT INFORMATION

| Name | Sex | Client Role | Insured DOB | Phone | | Tax ID |
|---|---|---|---|---|---|---|
| PORTIA H TURNER | F | OWNER/INSURED | | | HOME | ***-**-9118 |

Owner's Address: [redacted]

Beneficiary: 05/18/1983 Whole Life Insurance - Primary Beneficiary - WILLIE TURNER - Child - DIANNE MCRAE - Child - PORTIA JENKINS - Child - JACQUELINE SMITH - Child ;

### POLICY VALUES

| Cash Value | | Death Benefit | |
|---|---|---|---|
| Policy Cash Value: | 9,544.35 | Policy Death Benefit: | 15,000.00 |
| Paid Up Additions: | 15,539.57 | Paid Up Additions: | 19,746.00 |
| OPP Rider Cash Value: | | OPP Rider Death Benefit: | |
| | | 1-Year Term Death Benefit: | |
| Outstanding Loan(s) Amt: | -17,088.89 | Term Rider(s) Death Benefit: | |
| Loan Interest Due: | - 224.03 | Outstanding Loan(s) Amt: | -17,088.89 |
| | | Loan Interest Due: | - 224.03 |
| **Accumulated Adjust: | 639.81 | **Accumulated Adjust: | 582.59 |
| **Net Cash Value: | 8,410.81 | Net Death Benefit: | 18,015.67 |

| | | | |
|---|---|---|---|
| Modified Endowment: | | | |
| Dividend Option: | PAID UP ADDITIONS | **Surrender Federal/State Gain: | 12,035.02 |
| 1 Year Term Premium: | | Surrender Cost Basis: | 13,688.71 |
| Last Anniversary Date: | 2012 | Current Year Increase : | 270.00 |
| Last Anniversary Dividend: | 590.50 | | |
| Prior Year Increase: | 285.00 | | |
| Total Prior Year Increase: | 875.50 | | |
| Base Annualized Premium: | 574.20 | Net Annualized Premium: | 574.20 |
| Policy Loan Amount: | 17,088.89 | Policy Loan Interest Due: | 224.03 |
| Loan Interest Rate: | 5.50% | Loan Int Paid to Date: | 05/18/2012 |
| *Max Loan Available: | 7,953.00 | *Max Dividends Available: | 7,953.00 |
| *Federal Withholding: | | * Federal Withholding: | |
| *State Withholding: | | *State Withholding: | |
| *Loan Value Net Withholding: | 7,953.00 | *Dividends Net of Withholding: | 7,953.00 |

* Signed Withholding election form needed to avoid tax withholdings
** Includes unused premium, premium due, surrender charges, termination dividend, etc.
* As of the Prepared On Date shown above
** May be subject to withholding

### POLICY MESSAGES

| | | | | | |
|---|---|---|---|---|---|
| 1 | * EFT DISB AVAILABLE | LLVQ | 10 | CLASS ACTION ELIGIBILITY: | |
| 2 | * EFT DISB AVAILABLE | LNCV | 11 | EVP OR EVA AND OPL OR ADR | |
| 3 | AUTO 10% TAX WH REQ | LNCV | 12 | CLASS ACTION RESPONSE: | |
| 4 | *CANNOT CALCULATE NCV | LCBQ | 13 | OPL | |
| 5 | * EFT DISB AVAILABLE | LDVQ | 14 | PRIOR INFORMATION: | |
| 6 | *PTD EXCEEDS OPL EFF DT-REFND ADJ REQ | LOLE | 15 | PLAN - TERM EXTENSION EXPIRING AT AGE 63 - T | |
| 7 | *OPL EFF DATE IS PAST 2007 | LOLE | 16 | FACE AMOUNT -   13664 | |
| 8 | *MODE IS NOT ANNUAL | LOLE | 17 | POLICY STATUS - FORECLOSED | |
| 9 | NEG COST BASIS CALC = GAIN ON LAPSE | LCBL | | | |

### POLICY COMPONENTS

| Component | AATC Expiry Date / OATO Expiry Date | Face Amount | Premium | Name | Rating |
|---|---|---|---|---|---|
| BASE PLAN | | 15,000.00 | 45.00 | PORTIA H TURNER | CLASS A |
| BASE FEES | | 15,000.00 | 2.85 | PORTIA H TURNER | CLASS A |

| | | | | | |
|---|---|---|---|---|---|
| Billable OPP Premium: | | Billable OPP Mode: | | | |
| COM Account #: | *32*3300353106E | Next Withdrawal Date: | 18TH OF THE MONTH | | |
| COM Case Reference #: | | COM Loan Repay: | | | |
| APL Provision: | 2 YEAR | DPPO: | | | |
| Current POP Status: | | **POP Date: | 05/18/2012 | | |
| Alternative Premium Modes: | ANNUAL | 550.60 | SEMI-ANNUAL | 281.25 | QUARTERLY 143.20 |
| | NYLA/COM | 47.85 | 1/12TH ANNUAL | 45.88 | |

NEW YORK LIFE INSURANCE COMPANY
51 MADISON AVENUE, NY, NY 10010

Values reflect transactions processed by the Company up to the Prepared On Date. Values may vary due to unprocessed transactions. For further details, call your New York Life Agent or your New York Life Service Center

Policy 41176078
Printed on: 08/13/2012
Page 1


GOVERNMENT EXHIBIT A

**NEW YORK LIFE INSURANCE COMPANY**
PO Box 6916, Cleveland, OH 44101-1916
Telephone: (800) 695-9873

*The Company You Keep.®*

POLICY: 41 176 078
INSURED: PORTIA H TURNER

LOAN HISTORY

PAGE 1
DATE PREPARED: 08/09/2012

| DATE EFFECTIVE / PROCESSED | PRIOR LOAN BALANCE | CURRENT LOAN BALANCE | ACTIVITY AMOUNT | EXPLANATION OF FINANCIAL ACTIVITY |
|---|---|---|---|---|
| 11/02/1988  11/02/1988 | $.00 | $1,973.00 | $1,973.00 | CASH LOAN ISSUED BY REQUEST |
| 11/02/1988 | | | $1,973.00 | NET LOAN INCREASE |
| | | | | LOAN CHECK DATA  CHECK NUMBER 18390099 WAS ISSUED FOR LOAN REQUEST DATED 11/02/1988 IN THE AMOUNT OF $1,973.00 |
| 07/25/1989  05/18/1989 | $1,973.00 | $2,075.56 | $102.56 | DUE INTEREST  LOAN INTEREST DUE 05/18/1989 |
| | | | $102.56 | NET LOAN INCREASE |
| 04/24/1990  05/21/1990 | $2,075.56 | $2,298.40 | $54.30 $168.54 | PREMIUM LOAN  NYL-A-PREM PREMIUM DUE 02/18/1990 PAID BY AUTOMATIC PREMIUM LOAN  ACCRUED INTEREST  ACCRUED INTEREST FROM 05/18/1989 TO 03/21/1990 |
| | | | $222.84 | NET LOAN INCREASE |
| 07/24/1990  05/18/1990 | $2,298.40 | $2,332.51 | $54.11 | DUE INTEREST  LOAN INTEREST DUE 05/18/1990 |
| | | | $54.11 | NET LOAN INCREASE |
| 07/23/1991  05/18/1991 | $2,332.51 | $2,556.41 | $223.90 | DUE INTEREST  LOAN INTEREST DUE 05/18/1991 |
| | | | $223.90 | NET LOAN INCREASE |
| 04/03/1992  04/03/1992 | $2,556.41 | $3,967.58 | $1,200.00 $211.17 | CASH LOAN  CASH LOAN ISSUED BY REQUEST  ACCRUED INTEREST  ACCRUED INTEREST FROM 05/18/1991 TO 04/03/1992 |
| | | | $1,411.17 | NET LOAN INCREASE |
| 04/03/1992 | | | | LOAN CHECK DATA  CHECK NUMBER 22375593 WAS ISSUED FOR LOAN REQUEST DATED 04/03/1992 IN THE AMOUNT OF $1,200.00 |
| 06/25/1992  05/19/1992 | $3,967.58 | $4,065.08 | $54.30 $42.26 $.94 | PREMIUM LOAN  NYL-A-PREM PREMIUM DUE 04/18/1992 PAID BY AUTOMATIC PREMIUM LOAN  DUE INTEREST  LOAN INTEREST DUE 05/18/1992  ACCRUED INTEREST  ACCRUED INTEREST FROM 05/18/1992 TO 05/19/1992 |
| | | | $97.50 | NET LOAN INCREASE |

**NEW YORK LIFE INSURANCE COMPANY**
PO Box 6916, Cleveland, OH 44101-1916
Telephone: (800) 695-9873

*The Company You Keep.*®

POLICY: 41 176 078
INSURED: PORTIA H TURNER

PAGE 2
DATE PREPARED: 08/09/2012

## LOAN HISTORY

| DATE PROCESSED | EFFECTIVE DATE | PRIOR LOAN BALANCE | CURRENT LOAN BALANCE | EXPLANATION OF FINANCIAL ACTIVITY | AMOUNT |
|---|---|---|---|---|---|
| 07/23/1992 | 06/18/1992 | | $4,065.08 | PREMIUM LOAN | $54.30 |
| | | | | ACCRUED INTEREST | $28.87 |
| | | | | NET LOAN INCREASE | $83.17 |
| 08/25/1992 | 07/19/1992 | $4,148.25 | | PREMIUM LOAN | $54.30 |
| | | | | ACCRUED INTEREST | $30.44 |
| | | | | NET LOAN INCREASE | $84.74 |
| 09/23/1992 | 09/23/1992 | $4,232.99 | $4,555.12 | CASH LOAN | $256.00 |
| | | | | ACCRUED INTEREST | $66.13 |
| | | | | NET LOAN INCREASE | $322.13 |
| 09/23/1992 | | | | LOAN CHECK DATA | CHECK NUMBER 2290536 WAS ISSUED FOR LOAN REQUEST DATED 09/23/1992 IN THE AMOUNT OF $256.00 |
| 07/01/1993 | 06/18/1993 | $4,555.12 | $4,902.32 | PREMIUM LOAN | $56.55 |
| | | | | DUE INTEREST | $255.55 |
| | | | | ACCRUED INTEREST | $35.30 |
| | | | | NET LOAN INCREASE | $347.20 |
| 07/25/1994 | 05/18/1994 | $4,902.32 | $5,237.43 | DUE INTEREST | $335.11 |
| | | | | NET LOAN INCREASE | $335.11 |
| 07/25/1995 | 05/18/1995 | $5,237.43 | $5,661.79 | DUE INTEREST | $424.36 |
| | | | | NET LOAN INCREASE | $424.36 |
| 07/23/1996 | 05/18/1996 | $5,661.79 | $6,113.55 | DUE INTEREST | $451.76 |
| | | | | NET LOAN INCREASE | $451.76 |
| 07/23/1997 | 05/18/1997 | $6,113.55 | $6,585.25 | DUE INTEREST | $471.70 |
| | | | | NET LOAN INCREASE | $471.70 |

Explanations (right column):
- NYL-A-PREM PREMIUM DUE 05/18/1992 PAID BY AUTOMATIC PREMIUM LOAN
- ACCRUED INTEREST FROM 05/19/1992 TO 06/18/1992
- NYL-A-PREM PREMIUM DUE 06/18/1992 PAID BY AUTOMATIC PREMIUM LOAN
- ACCRUED INTEREST FROM 06/18/1992 TO 07/19/1992
- CASH LOAN ISSUED BY REQUEST
- ACCRUED INTEREST FROM 07/19/1992 TO 09/23/1992
- MONTHLY PREMIUM DUE 06/18/1993 PAID BY AUTOMATIC PREMIUM LOAN
- LOAN INTEREST DUE 05/18/1993
- ACCRUED INTEREST FROM 05/18/1993 TO 06/18/1993
- LOAN INTEREST DUE 05/18/1994
- LOAN INTEREST DUE 05/18/1995
- LOAN INTEREST DUE 05/18/1996
- LOAN INTEREST DUE 05/18/1997



**NEW YORK LIFE INSURANCE COMPANY**
PO Box 6916, Cleveland, OH 44101-1916
Telephone: (800) 695-9873

*The Company You Keep.®*

POLICY: 41 176 078
INSURED: PORTIA H TURNER

LOAN HISTORY

| DATE PROCESSED | EFFECTIVE DATE | PRIOR LOAN BALANCE | CURRENT LOAN BALANCE | ACTIVITY | AMOUNT | EXPLANATION OF FINANCIAL ACTIVITY |
|---|---|---|---|---|---|---|
| 07/23/1998 | 05/18/1998 | | $6,585.25 | DUE INTEREST | $500.31 | LOAN INTEREST DUE 05/18/1998 |
| 07/23/1999 | 05/18/1999 | $7,085.56 | | NET LOAN INCREASE | $500.31 | |
| 07/23/1999 | 05/18/1999 | | $7,085.56 | DUE INTEREST | $509.85 | LOAN INTEREST DUE 05/18/1999 |
| 07/25/2000 | 05/18/2000 | $7,595.41 | | NET LOAN INCREASE | $509.85 | |
| 07/25/2000 | 05/18/2000 | | $7,595.41 | DUE INTEREST | $552.05 | LOAN INTEREST DUE 05/18/2000 |
| 07/24/2001 | 05/18/2001 | $8,147.46 | | NET LOAN INCREASE | $552.05 | |
| 07/24/2001 | 05/18/2001 | | $8,147.46 | DUE INTEREST | $616.76 | LOAN INTEREST DUE 05/18/2001 |
| 07/23/2002 | 05/18/2002 | $8,764.22 | | NET LOAN INCREASE | $616.76 | |
| 07/23/2002 | 05/18/2002 | | $8,764.22 | DUE INTEREST | $663.45 | LOAN INTEREST DUE 05/18/2002 |
| 07/23/2003 | 05/18/2003 | $9,427.67 | | NET LOAN INCREASE | $663.45 | |
| 07/23/2003 | 05/18/2003 | | $9,427.67 | DUE INTEREST | $695.98 | LOAN INTEREST DUE 05/18/2003 |
| 07/23/2004 | 05/18/2004 | $10,123.65 | | NET LOAN INCREASE | $695.98 | |
| 07/23/2004 | 05/18/2004 | | $10,123.65 | DUE INTEREST | $658.76 | LOAN INTEREST DUE 05/18/2004 |
| 07/25/2005 | 05/18/2005 | $10,782.41 | | NET LOAN INCREASE | $658.76 | |
| 07/25/2005 | 05/18/2005 | | $10,782.41 | DUE INTEREST | $670.64 | LOAN INTEREST DUE 05/18/2005 |
| 07/25/2006 | 05/18/2006 | $11,453.05 | | NET LOAN INCREASE | $670.64 | |
| 07/25/2006 | 05/18/2006 | | $11,455.05 | DUE INTEREST | $672.29 | LOAN INTEREST DUE 05/18/2006 |
| 07/24/2007 | 05/18/2007 | $12,125.34 | | NET LOAN INCREASE | $672.29 | |
| 07/24/2007 | 05/18/2007 | | $12,125.34 | DUE INTEREST | $711.76 | LOAN INTEREST DUE 05/18/2007 |
| 07/23/2008 | 05/18/2008 | $12,837.10 | | NET LOAN INCREASE | $711.76 | |
| 07/23/2008 | 05/18/2008 | | $12,837.10 | DUE INTEREST | $753.54 | LOAN INTEREST DUE 05/18/2008 |
| | | $13,590.64 | | NET LOAN INCREASE | $753.54 | |

DATE PREPARED: 08/09/2012
PAGE 3

NEW YORK LIFE INSURANCE COMPANY
PO Box 6916, Cleveland, OH 44101-1916
Telephone: (800) 695-9873

*The Company You Keep.®*

POLICY: 41 176 078
INSURED: PORTIA H TURNER

PAGE 4
DATE PREPARED: 08/09/2012

## LOAN HISTORY

| DATE EFFECTIVE / PROCESSED | PREVIOUS LOAN BALANCE | CURRENT LOAN BALANCE | AMOUNT | EXPLANATION OF FINANCIAL ACTIVITY |
|---|---|---|---|---|
| 07/23/2009 05/18/2009 | $13,590.64 | $14,437.01 | $846.37 | DUE INTEREST — LOAN INTEREST DUE 05/18/2009 |
| | | | | NET LOAN INCREASE |
| 07/23/2010 05/18/2010 | $14,437.01 | $15,322.86 | $885.85 | DUE INTEREST — LOAN INTEREST DUE 05/18/2010 |
| | | | | NET LOAN INCREASE |
| 07/25/2011 05/18/2011 | $15,322.86 | $16,185.54 | $862.68 | DUE INTEREST — LOAN INTEREST DUE 05/18/2011 |
| | | | | NET LOAN INCREASE |
| 07/24/2012 05/18/2012 | $16,185.54 | $17,088.89 | $903.35 | DUE INTEREST — LOAN INTEREST DUE 05/18/2012 |
| | | | | NET LOAN INCREASE |

AS OF DATE: 08/09/2012
POLICY STATUS: PREMIUM PAYING
PREMIUMS ARE CURRENTLY PAID TO 08/18/2012

### GLOSSARY OF ABBREVIATIONS USED

| | | | | |
|---|---|---|---|---|
| ACCUM | - ACCUMULATION | | PAID IN ADV | - PAID IN ADVANCE |
| ADJSTMNT | - ADJUSTMENT | | PAYMT | - PAYMENT |
| ADJSTMENT | - ADJUSTMENT | | PLI | - POLICY LOAN INTEREST |
| BAL | - BALANCE | | PMT | - PAYMENT |
| C-O-M LOAN | - CHECK-O-MATIC LOAN | | PREM | - PREMIUM |
| DIRECT DEP | - DIRECT DEPOSIT | | PYMT | - PAYMENT |
| DOT | - DIVIDEND OPTION TERM RIDER | | WL | - WHOLE LIFE |
| OPP | - OPTION TO PURCHASE PAID UP LIFE INSURANCE | | YR | - YEAR |