# FACT SHEET

```
RS #:         NL3060                          Client #:       GI4010-C
ame:          TURNER, PORTIA                                  NCO/ASSIGNEE OF FIRST USA
ddress:       4707 KENSINGTON AVE             Acct #:         5417122429104316
ity/State:    RICHMOND, VA 23226-1312         Regarding:      FIRST USA BANK
ome Phone:    ███████████                     Amt Refered:    10365.75
ork Phone:    (000) 000-0000                  Current Bal:    10365.75
oc Sec No:    ███████████                     Comm Rate:      ███████
mployer:      RETIRED                         Costs:              0.00
                                              Ck Chg/Fee:         0.00
                                              Other       0.00
tatus:        30    BANKRUPTCY CH7            Interest Rate:   9.000%
oll Unit:     G16   GL BKT                    Interest Amt:    3520.80
ate Last:     04/26/98                        Date Received:  05/28/99
ctivity Code: AR MATCH                           Return on 07/03/08   14
revDebtorNo Last: 991596986                   First:
o Maker     Last:                             First:
      SS#     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
      Home    (000) 000-0000
      Emp     (000) 000-0000
ftNtcDate     00/00/00
ftNtcCode
ftOptionOut
ftMailRturn
LastNtcDate   00/00/00
LastNtcCode
=================================================================
B S SCORE ABOVE IS FROM EQUIFX        PHONE 2- 0000000000
TURNER, PORTIA                        PHON2 DESCRIPTION-
4707 KENSINGTON AVE
RICHMOND VA

PHONE 2-

=================================================================

-----------PAYMENTS---------------        -------------TRANSACTIONS--------------
--Date--     Amount      Code   Rate      --DATE--    TIME    AC/RC   ----COMMENT----   ID
                                                                                        GLB
07/12/99     77.74    44 AAR  100.00%     05/28/99   00:00   EA/ET
08/09/99     77.74    44 AAR  100.00%       CMTYPE-AAUTO COMMENT,CMTEXT-SEE   CO
09/10/99     77.74    44 AAR  100.00%       ADDRESS FOR COMAKER INFORMATION
10/13/99     77.74    44 AAR  100.00%     05/28/99   00:00   EA/ET                      GLB
11/11/99     77.74    44 AAR  100.00%       CMTYPE-AAUTO COMMENT,CMTEXT-RECOVERI
12/09/99     77.74    44 AAR  100.00%       ES-       .00, LOAN TYPE-MG
12/17/99    433.00    16 AAR  ██████      05/28/99   00:00   EA/ET                      GLB
01/13/00     74.50    44 AAR  100.00%       CMTYPE-AAUTO COMMENT,CMTEXT-ASSOC CO
01/31/00    519.60    16 AAR  ██████        ST       .00 ACCRD INT    3104.76
02/10/00     70.60    44 AAR  100.00%     05/28/99   00:00   EA/ET                      GLB
02/15/00    519.60    13 AAR  ██████        CMTYPE-AAUTO COMMENT,CMTEXT-CHARGE O
03/10/00     74.50    44 AAR  100.00%       FF AMOUNT----   7260.99
```

GOVERNMENT EXHIBIT B  PENGAD-Bayonne, N.J.