# FACT SHEET

```
RS #:         415682                    Client #:     SB4041-M
ame:          TURNER, PORTIA                          GREAT/ASSOCIATES NATIONAL
ddress:       ▓▓▓▓▓▓▓▓▓                 Acct #:       4621200680884761
ity/State:    RICHMOND, VA ▓▓▓          Regarding:    ASSOCIATES NATIONAL
ome Phone:    ▓▓▓▓▓▓▓                   Amt Refered:        4552.08
ork Phone:    (000) 000-0000            Current Bal:           0.00
oc Sec No:    ▓▓▓▓▓▓▓                   Comm Rate:    ▓▓▓▓▓▓
mployer:      RETIRED                   Costs:                 0.00
                                        Ck Chg/Fee:            0.00
                                        Other         0.00
tatus:        14  CLOSED OUR REQ        Interest Rate:       6.000%
oll Unit:     A30  PPA                  Interest Amt:          0.00
ate Last:     00/00/00                  Date Received:  09/28/04
ctivity Code: NU ACTIVE DEBTOR             Return on 12/16/11  14
revDebtorNo Last: F68644                First:
o Maker     Last:                       First:
            SS#    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
            Home   (000) 000-0000
            Emp    (000) 000-0000
ftNtcDate          00/00/00
ftNtcCode
ftOptionOut
ftMailRturn
astNtcDate         00/00/00
astNtcCode

=================================================================================
  DAUGHTER NAME IS JACKIE DAVIS
  8042904220




=================================================================================




-----------PAYMENTS---------------      -------------TRANSACTIONS--------------
--Date--       Amount    Code   Rate    --DATE--   TIME  AC/RC  ----COMMENT---- ID
04/19/07         0.00 AD 25 A46  ▓▓▓▓
04/19/07     -5463.27 AD 44 AAM 100.00%
04/19/07     -4552.08 AD 43 AAM 100.00%

Date Printed:  Oct 19, 2012
```


GOVERNMENT EXHIBIT C

# FACT SHEET

```
RS #:          415682                    Client #:   SB6232-M
Name:          TURNER, PORTIA            SMART976/ASSOCIATES NATONA
Address:       ███████████               Acct #:     .4227610040517919
City/State:    RICHMOND, VA ████         Regarding:  ASSOCIATES NATIONAL
Home Phone:    ███████████               Amt Refered:      3887.27
Work Phone:    (000) 000-0000            Current Bal:         0.00
Soc Sec No:    ███████████               Comm Rate:    ██████████
Employer:      RETIRED                   Costs:               0.00
                                         Ck Chg/Fee:          0.00
                                         Other       0.00
Status:        14   CLOSED OUR REQ       Interest Rate:     6.000%
Coll Unit:     A30  PPA                  Interest Amt:        0.00
Date Last:     00/00/00                  Date Received:  09/28/04
Activity Code: NU ACTIVE DEBTOR            Return on 12/16/11  14
PrevDebtorNo Last: F68644                First:
Co Maker       Last:                     First:
     SS#       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
     Home      (000) 000-0000
     Emp       (000) 000-0000
EftNtcDate     00/00/00
EftNtcCode
EftOptionOut
EftMailRturn
LastNtcDate    00/00/00
LastNtcCode
```

================================================================
DAUGHTER NAME IS JACKIE DAVIS
8042904220



================================================================

```
----------PAYMENTS---------------      -----------TRANSACTIONS-------------
--Date--       Amount    Code  Rate    --DATE--   TIME   AC/RC  ----COMMENT----   ID
08/31/06       300.00 MO 12 AA1  ████  10/13/04  10:24  CK/NI                    SYS
08/31/06       300.00 MO 12 A30  ████  10/13/04  10:24  FA/NI                    SYS
09/25/06       300.00 MO 12 AA1  ████  10/13/04  10:24  IR/GI                    SYS
09/25/06       300.00 MO 12 A30  ████  10/13/04  10:24  AB/GI                    SYS
10/30/06       600.00 BC 12 AA1  ████  10/13/04  10:24  AD/GI                    SYS
12/07/06       600.00 WU 12 A61  ████  10/13/04  10:24  AH/NI                    SYS
01/31/07      1200.00 EC 12 A61  ████  10/13/04  20:49  CK/SL                    SYS
02/28/07       715.70 EC 12 A61  ████  10/13/04  20:49  FA/SL  HP-8042322208     SYS
02/28/07      3647.27 EC 15 A61  ████  10/13/04  20:49  IR/GI                    SYS
02/28/07      -240.00 EC 43 AAM 100.00% 10/13/04 20:49  AB/NI                    SYS
03/09/07       240.00 EC 43 A61 100.00% 10/13/04 20:49  AD/NI                    SYS
03/09/07      3647.27 EC 13 A61  ████  10/13/04  20:49  AH/NI                    SYS
```

```
THIS CHECK IS VOID WITHOUT A BLUE PURPLE BACKGROUND AND AN ARTIFICIAL WATERMARK ON BACK - THE BANK HOLD AT AND TO VIEW SEAL
```

JACKIE DAVIS  
SMART976/ASSOCIATES NATONAL BA  
██████████  
RICHMOND, VA ███

Date: 01/31/2007  
Check #: 131

Pay to the order of: **NCO FINANCIAL SYS. (INVO-7918)**

Amount: $1,200.00

One Thousand Two Hundred and 00/100 ................................. Dollars

VIRGINIA CU INC  
GLEN ALLEN, VA  
415682-A61

by NCO FINANCIAL SYS. (INVO-7918)  
as authorized signatory for  
JACKIE DAVIS, SMART976/ASSOCIATES NATONAL BA

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑆251082615⑆   0060536908⑈   0131   ⑈000120000⑈

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Help | Open File | Print Index | Spit File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Seq: 15  Front  Offset: 39682  Length: 5302  D:\013107\00009944.IDX

*Ino*  
*1/31/07*

THIS CHECK IS VOID WITHOUT A BLUE & PURPLE BACKGROUND AND AN ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK. HOLD AT ANGLE TO VIEW SEAL

LENNORA BANK-DAVIS
SMART976/ASSOCIATES NATONAL BA
███████████
RICHMOND, VA ████

Date: 03/19/2007
Check #: 9900

Pay to the order of: NCO FINANCIAL SYS. (INVO-7918)

Four Thousand Three Hundred Sixty Two and 97/100

Amount: $4,362.97
Dollars

VIRGINIA CU INC
GLEN ALLEN, VA

415682-A46

by NCO FINANCIAL SYS. (INVO-7918)
as authorized signatory for
LENNORA BANK-DAVIS, SMART978/ASSOCIATES NATIONAL B

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑆251082615⑆ 000060536908⑈ 9900 ⑈00004362 97⑈

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|----|----|----|----|----|----|----|----|----|-----|-----|-----|
| Help | Open File | Print Index | Split File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Seq: 24    Front    Offset: 110252    Length: 8450    D:\031907\00009794.IDX

Ino
3/19/07

**MONEY ORDER** 415682

**GPM 7 LLC**
Mechanicsville, VA 23111

86-490/1031
9001002417
US Dollars & Cents
$****300.00

Pay to the Order of: NCO Financial System

08/30/2006 — Three Hundred Dollars And Zero Cents

BancFirst
Oklahoma City, OK

NOT VALID FOR OVER $300.00

Portia Turner
PURCHASER SIGNATURE FOR ISSUER

415682
PURCHASER ADDRESS

MEMO

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈103104900⑈ 9001002417 ⑈ 33951⑈   ⑈00000030000⑈

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Help | Open File | Print Index | Split File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Sec 2   Front   Offset 2882   Length 12958   D:\SC10831\NDCIJDX

Ino
8/31/06

# MONEY ORDER

**GPM 7 LLC**
Mechanicsville, VA 23111

86-190/1031
9001002418

US Dollars & Cents

Pay to the Order of: NCO Financial System

$****300.00

08/30/2006 ~ Three Hundred Dollars And Zero Cents

BancFirst
Oklahoma City, OK

NOT VALID FOR OVER $300.00

Portia Turns
PURCHASER SIGNATURE FOR ISSUER

# 415 L82
PURCHASER ADDRESS

MEMO

⑆103104900⑆ 9001002418 ⑈ 3395⑈   ⑇00000030000⑇

Ind
8/31/06

**MONEY ORDER**

GPM 7 LLC
Mechanicsville, VA 23111

86-490/1031
9001002619
US Dollars & Cents
$****300.00

Pay to the Order of: NCO Financial Systems Inc.

09/23/2006 — Three Hundred Dollars And Zero Cents

BancFirst
Oklahoma City, OK

NOT VALID FOR OVER $300.00

Purchaser Signature for Issuer: Portia Turner

# 415682

MEMO: Richmond, Va

⑇103104900⑇ 9001002619 ⑇33950⑇ ⑇00000030000⑇

Ino
9/25/06

**MONEY ORDER**

GPM 7 LLC
Mechanicsville, VA 23111

86-490/1031
9001002618
US Dollars & Cents

Pay to the Order of: NCO Financial Systems, Inc.    $****300.00

09/23/2006  Three Hundred Dollars And Zero Cents

BancFirst
Oklahoma City, OK

NOT VALID FOR OVER $300.00

Portia Turner
PURCHASER SIGNATURE FOR ISSUER

# 415682
PURCHASER ADDRESS

MEMO  Richmond, Va

⑆103104900⑆ 9001002618  ⑈ 33951⑈   ⑇00000030000⑇

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| Help | Open File | Print Index | Sp.R File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Sec S   Front   Offset: 65958   Length: 13710   D:\SCJ0525\NOCLI.0X

Inc
9/25/06

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM

4/5 68

**OFFICIAL CHECK**

No. 76211371

ISSUING BRANCH: 2020408-RICHMOND - RIVER ROAD

DATE: OCTOBER 27, 2006

5-709/110

PAY TO THE ORDER OF: ** NCO FINANCIAL **

$ ** $600.00 **

BB&T 600 DOLS 00 CTS DOLLARS

**BB&T**

ISSUED BY: TRAVELERS EXPRESS COMPANY, INC
P.O. BOX 1470, MINNEAPOLIS, MN 55480
DRAWEE: BOSTON SAFE DEPOSIT & TRUST CO., BOSTON, MASSACHUSETTS

DRAWER: BB&T
AUTHORIZED SIGNATURE

MEMO/PURCHASER: Payment So. Portia Turner

⑈76211371⑈ ⑆051100709⑆ 01600104510 92⑈     ⑈000000600000⑈

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICROPRINT SIGNATURE LINE AND BORDER. ANY MISSING FEATURES WILL INDICATE A COPY.

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Help | Open File | Print Index | Split File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Sec 8    Front    Offset 62052    Length 13520    ID:\SC\1030A\NOCJ.IDX

Ins
10/30/06

```
Agent:          NCO FINANCIAL                           8913729014
                100 CONSTITUTION AVE
                UPPER DARBY              PA
                VOID AFTER MAR 20 2007                        82-40
                                                              ____
                             ISSUE DATE: DEC 06/2006  20:41 EST
ORIGIN:  RICHMOND VA         MTCN# 401 098 2740

THE SUM OF: Six hundred dollars.                        $600.00


ACCOUNT NO.: 415682
SENDER NAME: PORTIA TURNER                         VOID IF ALTERED OR ERASED
                                              Western Union Financial Services, Inc.
                              Countersigned   ISSUER    Kimberly S Patmore
Wells Fargo Bank Grand Junction                By
Downtown, N.A., Grand Junction, Colorado       Kimberly S. Patmore, Chief Financial Officer


           ⑆102100400⑆ 3538913729014⑉       ⑈000000060000⑈
```

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Help | Open File | Print Index | Split File | Rotate | Crop | Flip | Print | Next | Previous | Go To | Exit |

Sec 3 | Front | Offset 13566 | Length 8274 | D:\SCJ1207A\INOCJ.IDX

Ino
12/7/06